No. 731. UNITED STATES *v.* STANDARD OIL COMPANY OF CALIFORNIA. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE STONE took no part in the

consideration and decision of this application. *Solicitor General Biddle* for the United States. *Messrs. Oscar Lawler, Donald R. Richberg, Eugene M. Prince,* and *Wm. H. Burges* for respondent.